**DISMISS and Opinion Filed March 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01028-CV

**REGINA LEE AND ALL OCCUPANTS OF 2542 BISHOP ALLEN LANE, DALLAS, TEXAS 75237, Appellants**

**V.**

**CITIMORTGAGE, INC, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-03944-B**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

Before the Court is appellee's motion to dismiss the appeal. Appellee contends the appeal should be dismissed for want of prosecution. This Court may dismiss an appeal for failure to file a clerk's record if the reason is because an appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record. *See* TEX. R. APP. P. 37.3(b).

On December 12, 2012, the Dallas County Clerk informed the Court that the clerk's record had been prepared and would be filed when appellants paid the fee for its preparation. By letter dated December 14, 2012, the Court instructed appellants to file, within ten days, either written verification that appellants have paid or made arrangements to pay the clerk's fee or written documentation that appellants have been found to be entitled to proceed without payment

of costs. We cautioned appellant that failure to provide the required documentation within the time requested may result in dismissal of the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

As of today's date, appellants have not filed a response. Accordingly, we grant appellee's motion and dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b) & 42.3(b) & (c). We deny appellee's request for damages for a frivolous appeal.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

121028F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

REGINA LEE AND ALL OTHER
OCCUPANTS OF 2542 BISHOP ALLEN
LANE, DALLAS, TEXAS 75237,
Appellants

No. 05-12-01028-CV          V.

CITIMORTGAGE, INC, Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-12-03944-B.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, CITIMORTGAGE, INC, recover its costs of this appeal from appellants REGINA LEE AND ALL OTHER OCCUPANTS OF 2542 BISHOP ALLEN LANE, DALLAS, TEXAS 75237.

Judgment entered March 21, 2013.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE